KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

E-FILED ***12/18/06***

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAJDODDIN IZADIAN, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; DAVID STILL, District Director, U.S. Dept. of Homeland Security, <br><br> Defendants. | Case No. 06-6324 RMW RS <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C 06-6324 RMW

1
2  Date: December 8, 2006                    Respectfully submitted,
3                                            KEVIN V. RYAN
                                             United States Attorney
4
5
                                                        /s/
6                                            ILA C. DEISS
                                             Assistant United States Attorney
7                                            Attorneys for Defendants
8
9
10                                                      /s/
   Date: December 8, 2006                   REZA BANIASSADI
11                                           Attorney for Plaintiff
12
                                  **ORDER**
13
       Pursuant to stipulation, IT IS SO ORDERED.
14
15
   Date:   12/18/06                           /s/ Ronald M. Whyte
16                                           RONALD M. WHYTE
                                             United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28

Stip. to Dismiss
C 06-6324 RMW                           2